AARON D. FORD
  Attorney General
SAMUEL L. PEZONE, JR. (Bar No. 15978)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-4070 (phone)
(702) 486-3768 (fax)
Email: spezone@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK HAGERMAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MARY, et al.,<br><br>　　　　Defendants. | Case No. 2:23-cv-01573-JAD-NJK<br><br>**Stipulation and Order Dismissing Action with Prejudice and Closing Case**<br><br>ECF No. 6 |

Plaintiff, Mark Hagerman, pro se, and Defendants, Nurse Mary, Nurse Cassie, C/O Shultz, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Samuel L. Pezone, Jr., Deputy Attorney General, of the State of Nevada, Office of the Attorney General, hereby stipulate and order that the above-captioned action is dismissed with prejudice as to all claims against all Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own costs.

DATED this 31st day of July, 2024.　　　　DATED this 31st day of July, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　AARON D. FORD
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney General

By: _/s/ Mark Hagerman_　　　　　　　　　　　　By: _/s/ Samuel L. Pezone Jr._
MARK HAGERMAN #1093533　　　　　　　　SAMUEL L. PEZONE JR. (Bar No. 15978)
Plaintiff, Pro Se　　　　　　　　　　　　　　　　　Deputy Attorney General

## ORDER

**Based on the parties' stipulation [ECF No. 6] and good cause appearing, IT IS ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.**

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　　　　　Dated: August 13, 2024